Matthew D. Resnik, Esq (SBN. 182562)
Sylvia Renee Sawyer Blume, Esq. (SBN 180143)
**SIMON RESNIK HAYES, LLP**
510 W. 6th Street, Ste 1220
Los Angeles, CA 90014
Tel (213) 572-0800
Fax (213) 572-0860

Attorneys for Debtor,
Janet E. Powers

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Janet E. Powers<br><br><br>Debtor | Case No. 2:11-bk-37673-VZ<br>Chapter 13<br><br>OPPOSITION TO TRUSTEE'S MOTION TO DISMISS DUE TO DELINQUENT PLAN PAYMENTS<br><br>Hearing Date:  May 11, 2015<br>Time:          11:00 am<br>Place:         Ctrm: 1368<br>               255 E. Temple Street<br>               Los Angeles, CA 90012 |

**TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; NANCY CURRY, CHAPTER 13 TRUSTEE; AND INTERESTED PARTIES:**

On March 4, 2015, the Chapter 13 Trustee Nancy Curry moved for an Order Dismissing the Chapter 13 case for delinquent plan payments. A true and correct copy of the Trustee's Motion to Dismiss is attached hereto and incorporated herein as Exhibit "A" (herein "TMD").

The Trustee Motion Dismiss indicates a delinquency of plan payments. The Debtor could not make her plan payments because she was trying to repair her car. The Debtor will try and become current but may file a Motion to Modify or Suspend Plan Payments to cure the delinquency.

Dated: April 27, 2015                    By: /s/ Sylvia Renee Sawyer Blume
                                         Sylvia Renee Sawyer Blume, Esq.
                                         Attorney for Debtor

# EXHIBIT A

Nancy Curry
Chapter 13 Standing Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014   FAX (213) 689-3055

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION ||
|---|---|
| In re<br><br>POWERS, JANET E.<br><br><br><br><br><br>Debtor | CHAPTER 13<br><br>CASE NO. 2:11-bk-37673-VZ<br><br>NOTICE AND TRUSTEE'S MOTION TO DISMISS BECAUSE OF DELINQUENT PLAN PAYMENTS PURSUANT TO 11 U.S.C. §1307(c)(1)<br><br>DATE/TIME: May 11, 2015 at 11:00 am<br>Courtroom: 1368<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that Nancy Curry, Chapter 13 Trustee, will and hereby does move the Court to dismiss this case.

**Pursuant to Local Bankruptcy Rule 9013-1(f) and (h), any party in interest wishing to oppose this motion must file and serve opposition papers no later than fourteen (14) days prior to the hearing date. Failure to file a written opposition may be deemed by the Court as a waiver of any objection thereto and as consent to the relief requested.**

DATED: March 4, 2015                                                                 /s/ Nancy Curry


**I, Nancy Curry, declare as follows:**

1. I am the Trustee in this matter and I have personal knowledge of files and records kept by my office in the regular course of business. I have personally reviewed the files and records kept by my office in the within case. The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called upon to do so.

2. I recommend that the Court dismiss this case because the Debtor has failed to tender all payments required by the confirmed plan as evidenced by the attached receipt history which is incorporated herein by reference, 11 USC § 1307(c)(i), LBR 3015-1(k).

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on March 4, 2015.

                                                                                        /s/Nancy Curry


TMD DELQ HRG

Case Status Report - Receipts History  
Status as of 3/4/2015

Page 1  
Chapter 13

1137673-VZ

POWERS, JANET E.

1560 E. 98TH. ST.  
LOS ANGELES CA 90002  
First Pmt Date    07/27/2011

Atty: MATTHEW D. RESNIK

16 Rmng of 60 Mos.  
Payment:    $695.38    Per M

Graduated Payment Plan

| | | | | | | |
|---|---|---|---|---|---|---|
| Months | 1 | Thru | 10 | $557.00 | Per Month = | $5,570.00 |
| Months | 11 | Thru | 60 | $695.38 | Per Month = | $34,769.00 |

| Check | Batch Id | Date | Amount Paid | Src | Type | Description | Employer |
|---|---|---|---|---|---|---|---|
| 516053 | 14090025 | 9/19/2014 | $695.38 | 6 | Certified Check | | |
| 511615 | 14090020 | 9/16/2014 | $695.38 | 6 | Certified Check | | |
| 360365 | 14070018 | 7/14/2014 | $695.38 | 3 | Cashiers Check | | |
| 656731 | 14060019 | 6/13/2014 | $695.38 | 3 | Cashiers Check | | |
| 488061 | 14050014 | 5/6/2014 | $695.38 | 6 | Certified Check | | |
| 482594 | 14040017 | 4/10/2014 | $695.38 | 6 | Certified Check | | |
| 907630 | 14030014 | 3/11/2014 | $695.38 | 3 | Cashiers Check | | |
| 456041 | 14020009 | 2/7/2014 | $695.38 | 3 | Cashiers Check | | |
| 457874 | 13120013 | 12/10/2013 | $695.38 | 6 | Certified Check | | |
| 387861 | 13110010 | 11/7/2013 | $695.38 | 3 | Cashiers Check | | |
| 447188 | 13100021 | 10/16/2013 | $695.38 | 6 | Certified Check | | |
| 437561 | 13090004 | 9/4/2013 | $695.38 | 6 | Certified Check | | |
| 154246 | 13080004 | 8/5/2013 | $695.38 | 3 | Cashiers Check | | |
| 960681 | 13070009 | 7/3/2013 | $695.38 | 3 | Cashiers Check | | |
| 362055 | 13060003 | 6/4/2013 | $695.38 | 3 | Cashiers Check | | |
| 351468 | 13050029 | 5/17/2013 | $695.38 | 3 | Cashiers Check | | |
| 303232 | 13040002 | 4/2/2013 | $195.38 | 3 | Cashiers Check | | |
| 303231 | 13040002 | 4/2/2013 | $500.00 | 3 | Cashiers Check | | |
| 808985 | 13030009 | 3/6/2013 | $195.38 | 3 | Cashiers Check | | |
| 808984 | 13030009 | 3/6/2013 | $500.00 | 3 | Cashiers Check | | |
| 311999 | 13010046 | 1/31/2013 | $695.38 | 6 | Certified Check | | |
| 291098 | 13010004 | 1/3/2013 | $695.38 | 3 | Cashiers Check | | |
| 296030 | 12120003 | 12/4/2012 | $695.38 | 3 | Cashiers Check | | |
| 839341 | 12110002 | 11/2/2012 | $695.38 | 3 | Cashiers Check | | |
| 255462 | 12100002 | 10/2/2012 | $695.38 | 3 | Cashiers Check | | |
| 262943 | 12090002 | 9/5/2012 | $695.38 | 3 | Cashiers Check | | |
| 480952 | 12070021 | 7/17/2012 | $695.38 | 3 | Cashiers Check | | |
| 310386 | 12070002 | 7/3/2012 | $695.38 | 6 | Certified Check | | |
| 651528 | 12060006 | 6/5/2012 | $695.38 | 3 | Cashiers Check | | |
| 964497 | 12050011 | 5/8/2012 | $695.38 | 3 | Cashiers Check | | |
| 958063 | 12040011 | 4/10/2012 | $557.00 | 3 | Cashiers Check | | |
| 266590 | 12030020 | 3/21/2012 | $557.00 | 3 | Cashiers Check | | |
| 190553 | 12020005 | 2/7/2012 | $557.00 | 3 | Cashiers Check | | |
| 712602 | 12010012 | 1/11/2012 | $500.00 | 3 | Cashiers Check | | |
| 712603 | 12010012 | 1/11/2012 | $57.00 | 3 | Cashiers Check | | |
| 788141 | 11120005 | 12/7/2011 | $557.00 | 3 | Cashiers Check | | |
| 061432 | 11110021 | 11/21/2011 | $500.00 | 3 | Cashiers Check | | |
| 061431 | 11110021 | 11/21/2011 | $57.00 | 3 | Cashiers Check | | |
| 580377 | 11100002 | 10/4/2011 | $557.00 | 3 | Cashiers Check | | |
| 551746 | 11090009 | 9/13/2011 | $557.00 | 3 | Cashiers Check | | |
| 232680 | 11080009 | 8/10/2011 | $557.00 | 3 | Cashiers Check | | |

Total         $24,483.64

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Nancy Curry, Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify): **NOTICE AND MOTION TO DISMISS CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 4, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On March 4, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addresses as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
POWERS, JANET E.

1560 E. 98TH. ST.
LOS ANGELES, CA 90002

Attorney for Debtor
MATTHEW D. RESNIK

510 W. 6TH ST., #1220
LOS ANGELES, CA 90014-

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 4, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

| March 4, 2015 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                F 9013-3.1.PROOF.SERVICE

POWERS, JANET E.

1560 E. 98TH. ST.
LOS ANGELES, CA 90002

MATTHEW D. RESNIK
SIMON, RESNIK & HAYES, LLP
510 W. 6TH ST., #1220
LOS ANGELES, CA 90014-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

510 W. 6th Street, Suite 1220, Los Angeles, CA 90014

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING AND OPPOSITION TO TRUSTEE'S MOTION TO DISMISS DUE TO DELINQUENT PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____4/27/2015_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

Nancy Curry: ecfnc@trustee.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___4/27/2015_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/27/2015 | Max Bonilla | /s/ Max Bonilla |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              **F 9013-3.1.PROOF.SERVICE**

Debtor:
Janet Powers
1560 E 98th Street
Los Angeles, CA 90002

```
Judge's Copy
Hon. Judge Vincent Zurzolo
255 E. Temple St., Ctrm. 1368
Los Angeles, CA 90012
```

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE